**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PURUSHOTTAM C. KALOLA,
                    Plaintiff,

-against-

INTERNATIONAL BUSINESS MACHINES
CORPORATION ("IBM"), VIRGINIA
ROMETTY, MICHELLE H. BROWDY,
JACKOSN LEWIS P.C., KEVIN G. LAURL,
DANA GLICK WEISBROD, and MINA
WOOD,
                    Defendants.
-----------------------------------------------------------X

19 **CIVIL** 9900 (VB)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 16, 2019, the motion to motion to dismiss is granted; Plaintiff and Defendants shall bear their own costs in connection with this case; accordingly, the case is closed. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal,

**Dated:** New York, New York
          December 18, 2019

RUBY J. KRAJICK
Clerk of Court

BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/18/2019